KHA, DO
(Name)

Wasco State Prison
(Address)

Wasco, CA 93280
(City, State, Zip)

V25745
(CDC inmate No.)

2254 ___  1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓  ProSe ___

FILED
2008 MAR 28  PM 2:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

# United States District Court
## Southern District of California

KHA, DO ,
(Enter full name of plaintiff in this action.)

                    Plaintiff,

v.

Donna Post, DNuita, Director
Melissa Fritz, Supervisor Dialysis Unit
Barbara Campanella, R.N., Nurse
Kristen Dickerson, R.N., Nurse
(Enter full name of each defendant in this action.)

                    Defendant(s).

'08 CV 0591 W JMA
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Plaintiff, __KHA, DO__
(print Plaintiff's name)
__KHA, DO__, who presently resides at __Wasco State Prison__
(mailing address or place of confinement)
_____, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at
__Dialysis Unit__ on (dates) __2/7/08__, __2/21/08__ and __3/8/08__
(institution/place where violation occurred)      (Count 1)    (Count 2)    (Count 3)

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form

Defendant **CHRIS** (name) resides in **KERN County** (County of residence), and is employed as a **Dialysis technician** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: When I bring attention about my blood got infection with Chris, but he just let me got infection, and my dialysis graft got shut down, and stop working.

Defendant **PETER, ARRIZU** (name) resides in **KERN County** (County of residence), and is employed as a **Dialysis technician** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: When I bring attention about my body got a fever, but Peter, he do not immediately call a doctor, and let a doctor, He know about it.

Defendant **JOSE, JIMENEZ** (name) resides in **KERN County** (County of residence), and is employed as a **Dialysis technician** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: When I told Jose, why do you keep mess around with my treatment, then after that Jose, He call a M.T.A. C.O.R. Razor, and Leal, to write me up. (CDC 128) or (CDC 115)

Defendant **ROGER, FINCH** (name) resides in **KERN County** (County of residence), and is employed as a **Dialysis technician** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Roger, Chris, Peter, Jose, all this technician, they keep take turn, put me in the harm way, and they forget on the machine, and also, they put my life in danger!

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Right to reasonable medical treatment,

title is Article 8. 3350 (1)

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

I have a dialysis kidney problem in the past for (19) years. And my aunt, she a professional dialysis technician over (19) years also!

-- Diet attention --
that mean, I am take care of myself very carefully. And I am never eat any food, to take against my own medical!

banana, orange, tomato, potato, chocolate, beans, peanut butter, cheese, milk, and do not to much salt, or fluid!

1) the machine do not already for using. But the nurse and a technician they keep put me on the machine.) And that, make my blood turn look like a Kool-aid.) And I will get a very very sick, after I am get off to the machine!

2) No matter, how hard I am try to remove my weight extra. But after I get off the machine, my face, my stomach, and both my ankle, alway still the same!

3) No matter, how long I am stay on the machine, and after I get off the machine, and my face still look pale, and swelling, and my stomach still swelling, and my ankle still heavy!

Count 2: The following civil right has been violated: _Right to reasonable medical treatment,_
_title is article 8. 3350 (2)_
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

4) When I am stay on the machine, and I don't even feel the poison remove out to my system good enough! toxin, acid, potassium, sodium and fluid!

5) A technician and nurse they always lying about my Lab. and they lying about dialysis complaint documentation. and they been cut all medication very important for my treatment a Epogen, and a Calcijex!

6) When I am stay on the machine, and I keep lost, a white blood cell, and red blood cell, that why, all my body get weak and very easy got infection!

7) They do not spend much money, on my treatment. But they help a Wasco C.O. make a lot money, over five on me, and the Mercy Hospital they make a lot money, on me for a surgery also!

8) A couple month a dialysis catheter got block, or dialysis graft, and fistula stop working. that why, I am keep going back the Mercy Hospital for a surgery, my leg, neck, chest, and my both arm!

9) When I am stay on the machine four hours and I don't have no appetite, and when I am get off the machine, then I still don't have no appetite at all. also)

Count 3: The following civil right has been violated: _Dialysis treatment,_

**CRUEl and unusual punishment,** (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) &

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

10) After I get off the machine, a both knee feeling weak, and bone very pain full!

11) Hair stop grow, but keep falling down!

12) Face, stomach, ankle, still got a swelling!

13) Mouth still swell a urince, and infection!

14) Skin still a wrinkle, and got burn, by itted self!

15) Nose got bleeding, and cough some blood!

16) Headach, and falling down, and I keep lost energy!

17) I got a chest pain, and heart pain, and heart burn!

18) I almost got heart attack at night!

19) I got constipation, for two, or, three day!

20) I have hot and cold, and fever!

21) I got short breath, and dialysis keep swelling, and very pain full!

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____None_____
Defendants: _____None_____
(b) Name of the court and docket number: _____None_____
_____None_____
(c) Disposition: [For example, was the case dismissed, appealed, or still pending?]
_____None_____
(d) Issues raised: _____None_____
_____None_____
_____None_____
_____None_____
_____None_____
(e) Approximate date case was filed: _____None_____
(f) Approximate date of disposition: _____None_____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I 602) the nurse a doctor, and technician every way possible. I even write to the 602) Supervisor. Mr. R. Escalante, and Mrs. Cloud (ADA) medical! But I keep on getting the same response from them! But I still do not get a right dialysis treatment! Now. They still back them up. and continue allow for a technician or nurse, put me in the harm way, and the target, and put my life in the danger!

E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): I want, a Doctor, nurse and technician they pay for they mistake, and also many time. I keep going back the Mercy Hospital for a surgery, knee, leg, chest and both my arm!

2. Damages in the sum of $ 600,000.00

3. Punitive damages in the sum of $ $500,000.00

4. Other: _____

F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

3/18/08
Date

_____
Signature of Plaintiff

§ 1983 SD Form

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Do Kha

DEFENDANTS

Donna Post, et al

FILED
2008 MAR 28 PM 2:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓  No IFP

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Do Kha
PO Box 4400
Wasco, CA 93280
V-25745

ATTORNEYS (IF KNOWN)

'08 CV 0591 W JMA

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395f) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE                Docket Number

DATE   March 28, 2008        SIGNATURE OF ATTORNEY OF RECORD
                              R. Miller