FILED

KHA, DO
PLAINTIFF/PETITIONER/MOVANT'S NAME

2008 MAR 28 PM 2:36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PRISON NUMBER

V25745

BY RM  DEPUTY

PLACE OF CONFINEMENT

Wasco State Prison

ADDRESS

P-O-Box 4400

Wasco, CA 93280

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Pro Se ___

United States District Court
Southern District Of California

KHA, DO
                        Plaintiff/Petitioner/Movant

v.

P. L. Vasquez, Warden CW, S.P
Davita Dialysis Staff
                        Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

'08 CV 0591 W JMA

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, _____, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____Wasco State Prison_____
   Are you employed at the institution?     ☐ Yes ☒ No
   Do you receive any payment from the institution?  ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _None_
   _None_
   _None_
   _None_

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _None_
   _None_
   _None_
   _None_

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance             ☐ Yes ☑ No
   d. Disability or workers compensation                ☐ Yes ☑ No
   e. Social Security, disability or other welfare     ☐ Yes ☑ No
   e. Gifts or inheritances                             ☐ Yes ☑ No
   f. Spousal or child support                          ☐ Yes ☑ No
   g. Any other sources                                 ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _None_
   _None_
   _None_

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): _None_
   b. Present balance in account(s): _None_

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): _None_
   b. Present balance in account(s): _None_

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make: _None_  Year: _None_  Model: _None_
   b. Is it financed? ☐ Yes ☑ No
   c. If so, what is the amount owed? _None_

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _____, request and authorize the agency holding me in
      (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

____3/18/08____                              ____Khao____
       DATE                                   SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                    -5-                    K:\COMMON\FORMS\CIV-67

I, KHA DO _____ DECLARE UNDER PENALTY THAT

I AM THE Petitioner IN THE ABOVE ENTITLED ACTION. I AM SENDING THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF, TO BE TRUE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION AND AS TO THOSE MATTERS I BELIEVE THAT THEY ARE TRUE.

EXECUTED THIS 18th DAY OF March, 2008, AT WASCO STATE PRISON, WASCO, CALIFORNIA 93280

x Kha Do
SIGNATURE OF DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. section 1013(a) & 2015.5; 2U.S.C.A. section 1746)

I, KHA DO AM A RESIDENT OF WASCO STATE PRISON, STATE OF CALIFORNIA: I AM OVER EIGHTEEN (18) YEARS AND AM/ARE THE DEFENDANT IN THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. Box 4400 WASCO, CALIFORNIA 93280

EXECUTED THIS 18th DAY OF March, 2008, I SERVED THE FOREGOING: Complaint under the Civil Rights Act 42 U.S.C. 1983
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTIES HEREIN BY PLACING A TRUE COPY(S) THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL. IN A DEPOSIT BOX AT WASCO STATE PRISON, WASCO, CALIFORNIA 93280 OR WAS PICKED UP BY CORRECTIONS IN CHARGE OF PICKING UP MAIL ADDRESSED AS FOLLOWS:

United States District Court
Southern District of California
880 Front Street Rm. 4290
San Diego, Ca 92101-8900

THERE IS MAIL SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE SO ADDRESSED

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE.

DATED: 3-18, 08.

x Kha Do
SIGNATURE OF DECLARANT/PRISONER

Plaintiff's Name: KHA, DO
CDC No: V25745- A-2-236
Address: P-O, BOX 4400

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KHA, DO., Plaintiff,

vs.

DAVITA DIRECTOR
DEPARTMENT OF CORRECTION) MEDICAL Defendant(s).

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: _____

I, KHA, DO, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ✓ Yes __ No (If "no" DO NOT USE THIS FORM)

If "yes" state the place of your incarceration. Wasco State Prison

Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed (includes prison employment)? __ Yes ✓ No

   a. If the answer is "yes" state the amount of your pay. NONE

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment: __ Yes ✓ No

   b. Rent payments, interest or dividends: __ Yes ✓ No

   c. Pensions, annuities or life insurance payments: __ Yes ✓ No

   d. Disability or workers' compensation payments: __ Yes ✓ No

1

e.. Gifts or inheritances: ___ Yes ✓ No

f. Any other sources: ___ Yes ✓ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes ✓ No

If "yes" state the total amount: _NONE_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ___ Yes ✓ No

If "yes" describe the property and state its value: _NONE_

6. Do you have any other assets? ___ Yes ✓ No

If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support. _NONE_

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

_3/4/08_   _[signature]_  _3/4/08_
DATE                SIGNATURE OF APPLICANT

CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _3.81_ on account to his/her credit at _WASCO State Prison - RC_ (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ _200.00_. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ _41.66_.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

_3-20-08_   _Augustine Jefferi_
DATE         SIGNATURE OF AUTHORIZED OFFICER
(Form Last Revised 09/18/03)

2

```
REPORT ID: TS3030 .701                              REPORT DATE: 03/06/08
                                                    PAGE NO:       1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                              WASCO STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 06, 2008

ACCOUNT NUMBER : V25745                     BED/CELL NUMBER: FAB200000000236U
ACCOUNT NAME   : DO, KHA                       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----  ----  -------------  ---------- ---------  ---------  -----------   --------

09/01/2007   BEGINNING BALANCE                                              36.80

09/04 D300  CASH DEPOSIT   1097/MR                 100.00                  136.80
09/07 W521  FUND RAISER C  1202/PIZZA                            10.73     126.07
09/07 W401  DONATION-ALCO  1202/PIZZA                             2.00     124.07
09/17 FC01  DRAW-FAC 1     1347/FAC A                            60.00      64.07
10/15 FC01  DRAW-FAC 1     1855/A                                54.00      10.07
11/01 D300  CASH DEPOSIT   2201/MR                 100.00                  110.07
11/19*FC01  DRAW-FAC 1     2479/A                                90.00      20.07
12/06 W521  FUND RAISER C  2770/FOOD                             14.26       5.81
12/06 W401  DONATION-ALCO  2770/FOOD                              4.00       1.81
12/17 FR01  CANTEEN RETUR  702979                                 2.00-      3.81
      ACTIVITY FOR 2008
02/14 D300  CASH DEPOSIT   4061/MR                  50.00                   53.81
02/19 FC01  DRAW-FAC 1     4123/FAC A                             50.00      3.81

                              TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS       TRANSACTIONS
  BALANCE     DEPOSITS    WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
 ---------   ----------   -----------   ---------   ----------   ---------------

    36.80       250.00       282.99         3.81        0.00            0.00
 ---------   ----------   -----------   ---------   ----------   ---------------


                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                    -----------
                                                         3.81
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *[signature]*
   TRUST OFFICE

*Acct clerk II*